UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:97-cr-206-T-24TBM
 8:05-cv-412-T-24TBM

ALEXANDER WRIGHT.

_____

O R D E R

The Court denied Defendant Alexander Wright (Wright's) motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255. Defendant has filed a Notice of Appeal and a Request for Certificate of Appealability (Doc. cv-5).

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000). Defendant has failed to meet this standard. Therefore, Defendant has failed to satisfy the Slack test. See Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

That Defendant's Request for Certificate of Appealability (Doc. cv-5) is denied.

ORDERED at Tampa, Florida, on April 29, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

AUSA: Robert A. Mosakowski

Pro Se Litigant: Alexander Wright